UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL SCOTT SMITH, | : | **1:21-CV-01244** |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| JEFFREY CONNOR, Franklin County Coroner, | : | |
| Defendant. | : | |

**ORDER**
April 5, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that this action is dismissed pursuant to Fed. R. Civ. P. 41(b).  The Clerk of Court shall close the case file.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge